IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| AARON RAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 16-1021-JPO |
| | ) | |
| GOODLAND REGIONAL MEDICAL CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 21, 2016, defendants Burton Pianalto, Blaine Varney, Aaron Mann, and the Sherman County Sheriff's Department (collectively, "the Sherman County defendants") removed this case to our court from the District Court of Sherman County, Kansas. The removal was based on plaintiffs' federal constitutional claims against the Sherman County defendants, and the court had federal-question jurisdiction over those claims pursuant to 28 U.S.C. § 1331. The court exercised supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), over plaintiffs' state-law claims against the two remaining defendants, Goodland Regional Medical Center and Sonya Krayka (jointly, "the Goodland Medical defendants").

On February 10, 2016, plaintiffs voluntarily dismissed their claims against the Sherman County defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF doc. 13). On March 2, 2016, the court ordered the parties to show cause, on or before March 16, 2016, why this court should not decline to exercise supplemental jurisdiction with regard to

plaintiffs' remaining state-law claims against the non-diverse Goodland Medical defendants, and in turn why this court should not remand the case to the District Court of Sherman County, Kansas (ECF doc. 15).  No response has been filed.

Therefore, for the reasons articulated in the court's March 2, 2016 order, the court remands this case to the District Court of Sherman County, Kansas.

IT IS SO ORDERED.

Dated March 18, 2016, at Kansas City, Kansas.

                                           s/ James P. O'Hara  
                                           James P. O'Hara  
                                           U.S. Magistrate Judge